ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PETE ALVAREZ<br><br>　　　　　　　Defendant. | CASE NO. 1:26-MJ-00020-EPG<br><br>UNITED STATES' MOTION AND PROPOSED ORDER TO UNSEAL COMPLAINT |

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants for the above-captioned case, as the defendant has been arrested[1].  Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: March 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

 /s/ *Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

---

[1] The Government is informed that Defendant is presently in state custody because of a state misdemeanor warrant, but a federal hold is in place and thus the need for sealing has ended.

1

ORDER

The defendant having been arrested and the need for sealing having ceased, the Court orders the Complaint and Arrest Warrants UNSEALED.

IT IS SO ORDERED.

Dated:    **March 27, 2026**                    /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE